**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THEODIS CHAPMAN and PATRICK NELSON, | ) ) ) | No. 1:17-cv-08125 |
| Plaintiffs, | ) ) | Judge Virginia M. Kendall |
| v. | ) ) | Magistrate Judge Susan E. Cox |
| AFSCME COUNCIL 31, LOCAL 3477, | ) ) | |
| Defendant. | ) | |

**AFSCME DEFENDANTS' MOTION TO STAY PROCEEDINGS OR,
ALTERNATIVELY, TO DISMISS PLAINTIFFS'
SECOND AMENDED COMPLAINT**

NOW COME Defendants AFSCME Council 31 and AFSCME Local 3477 ("Defendants"), by their attorneys Robert A. Seltzer, Mark S. Stein, and Cornfield and Feldman LLP, and move to stay these proceedings pending the resolution of the related federal case *Jordan et al. v. Chief Judge of the Circuit Court of Cook County, Illinois et al.*, No. 1:15-cv-05907 (Northern District of Illinois). Alternatively, Defendants move to dismiss Plaintiffs' Second Amended Complaint (ECF # 51) under Rules 12(b)(6), 8(a), 10(b), 41(b) and 9(b) of the Federal Rules of Civil Procedure. In support of this motion, Defendants submit the accompanying memorandum of law.

Respectfully submitted,

CORNFIELD AND FELDMAN LLP

August 22, 2018                 By:_____/s/ Mark S. Stein
                                      Robert A. Seltzer
                                      Mark S. Stein

25 E. Washington St.            Attorneys for AFSCME Council 31
Suite 1400                      and AFSCME Local 3477
Chicago, IL  60602
Phone: 312-236-7800 ext 110
Fax:    312-236-6686

## CERTIFICATE OF SERVICE

Mark S. Stein, an attorney, hereby certifies that on August 22, 2018, he caused the foregoing document to be filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/Mark S. Stein_____
Mark S. Stein