ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Theodis Chapman and Patrick Nelson,

Plaintiff(s),

v.

AFSCME Council 31, Local 3477,

Defendant(s).

Case No.  17 C 8125
Judge Virginia M. Kendall

## <u>JUDGMENT IN A CIVIL CASE</u>

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

       which ☐ includes     pre–judgment interest.
                ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐      in favor of defendant(s)
and against plaintiff(s)

.     Defendant(s) shall recover costs from plaintiff(s).

---

☐      other:

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a motion to dismiss.

Date:   1/16/2019

Thomas G. Bruton, Clerk of Court

/s/ Lynn Kandziora , Deputy Clerk